| | |
|---|---|
| 1  K. Randolph Moore, Esq. SBN 106933<br>    Tanya Moore, Esq. SBN 206683<br>2  MOORE LAW FIRM, P.C.<br>    332 N. Second Street<br>3  San Jose, CA  95112<br>    Telephone: (408) 271-6600<br>4  Facsimile: (408) 298-6046 | ** E-filed August 12, 2010 ** |

5  Attorneys for Plaintiff
   Anthony Lerma

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KOHL'S DEPARTMENT STORES<br>INC. dba KOHL'S, et al.,<br><br>　　　　Defendants. | Case No.:  5:10-CV-01991-HRL<br><br>**STIPULATION FOR FILING OF<br>PLAINTIFF'S SECOND AMENDED<br>COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the defendants Kohl's Department Stores, Inc., McKee Oriental Market, Inc., Hieng Seav dba Kim Tar BBQ Restaurant and McDonald's Corporation/Franchise Realty Interstate Corporation waive notice and service of the second amended complaint and shall not be required to answer the amendment, and that all denials, responses and affirmative defenses contained in the answers filed by defendants to the original complaint shall be responsive to the amended complaint.

IT IS SO STIPULATED.

Dated:  July 22, 2010　　　　　　　　　PAYNE & FEAR, LLP

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | By:   /s/Leila Narvid_____ |
|   |   | Leila Narvid, Esq. |
| 3 |   | Attorney for Defendant Kohl's Department Stores, Inc. |
| 4 | Dated:  July 22, 2010 | DILLINGHAM & MURPHY, LLC |
| 5 |   |   |
|   |   | By:_____/s/ Brook Purcell, Esq. |
| 6 |   | Brook Purcell, Esq. |
|   |   | Attorney for Defendant DMH, Inc. |
| 7 |   |   |
| 8 | Dated:  July 28, 2010 | Law Office of Chrisopher Schumb |
| 9 |   | By:_____/s/Christopher Schumb, Esq. |
|   |   | Christopher Schumb, Esq. |
| 10 |   | Attorney for Defendant McKee Oriental Market |
| 11 |   |   |
|   | Dated:  July 28, 2010 | Law Offices of Stanley K. Yim |
| 12 |   |   |
| 13 |   | By:_____/s/ Stanley K. Yim, Esq. |
|   |   | Stanley K. Yim, Esq. |
| 14 |   | Attorney for Defendant Hieng Seav dba Kim Tar BBQ |
| 15 | Dated:  July 28, 2010 | Gibson, Dunn & Crutcher, LLP |
| 16 |   |   |
|   |   | By:_____/s/ Benjamin M. Glickman, Esq. |
| 17 |   | Benjamin M. Glickman, Esq. |
|   |   | Attorney for Defendant McDonalds Corporation/Franchise |
| 18 |   | Realty Interstate Corporation |
| 19 | Dated: July 28, 2010 | _____/s/  Lisa Lo_____ |
| 20 |   | Shit-Fong Lo |
| 21 | Dated:  July 19, 2010 | MOORE LAW FIRM, PC |
| 22 |   |   |
|   |   | By: /s/K. Randolph Moore_____ |
| 23 |   |  K. Randolph Moore |
|   |   | Attorney for Plaintiff Anthony Lerma |
| 24 |   |   |

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the Second Amended Complaint is filed forthwith.

**IT IS SO ORDERED.**

Stipulation for Filing of Amended Complaint 2            Lerma v. Kohl's

1  Dated: August 12, 2010

_____
U.S. MAGISTRATE JUDGE HOWARD R. LLOYD