```
1  DILLINGHAM & MURPHY, LLP                          ** E-filed August 18, 2010 **
   CARLA J. HARTLEY (SBN 117213)
2  BROOKE S. PURCELL (SBN 260058)
   225 BUSH STREET, 6TH FLOOR
3  SAN FRANCISCO, CALIFORNIA 94104-4207
   TELEPHONE:      (415) 397-2700
4  FACSIMILE:      (415) 397-3300

5  Attorneys for Defendant
   DMH, Inc. dba McDonald's
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LERMA, | Case No. 5:10-CV-01991-HRL |
| Plaintiff, | |
| v. | |
| KOHL'S DEPARTMENT STORES, INC. dba KOHL'S; DMH, INC. dba McDONALD'S #2156; CHAVEZ SUPERMARKET HOLDING CORPORATION dba CHAVEZ SUPERMARKET; SEPSAM INC. dba ROUND TABLE #0041; MCKEE ORIENTAL MARKET, INC. dba MCKEE ORIENTAL MARKET; HIENG SEAV dba KIM TAR BBQ RESTAURANT; 111 BAKERY, INC.; SHIT-FONG LO, LISA LO, TRUSTEES UNDER DECLAATION OF TRUST DATED APRIL 18, 1986, LISA LO, PROPERTY MANAGEMENT COMPANY; McDONALDS CORPORATION; FRANCHISE REALTY INTERSTATE CORPORATION; | STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR COMPLETION OF JOINT INSPECTION OF PREMISES |
| Defendants. | |

## STIPULATION

It is hereby stipulated by plaintiff Anthony Lerma and defendant DBH, Inc., through their respective attorneys that deadline for the joint inspection of the premises at issue, as required by the May 7, 2010 Case Schedule and General Order 56 ¶¶3, 4, shall be extended by

1  ninety one days and shall be completed by Monday, November 15, 2010.
2  IT IS SO STIPULATED
3
4  DATED:  August 17, 2010        DILLINGHAM & MURPHY LLP
                                  CARLA J. HARTLEY
5                                 BROOKE S. PURCELL
6
                                         s/ **Brooke S. Purcell**
                                  _____
7                                 Attorney for Defendant DMH, Inc.
8
9  DATED:  August 17, 2010        MOORE LAW FIRM, P.C.
                                  TANYA MOORE
10                                K. RANDOLPH MOORE
11
                                         s/ **Tanya Moore**
                                  _____
12                                Attorney for Plaintiff Anthony Lerma
13
14      IT IS HEREBY ORDERED
15      Pursuant to the above stipulation among plaintiff Anthony Lerma and defendant DMH,
16  Inc., the deadline for the joint inspection of the premises at issue is extended by ninety one days
17  to November 15, 2010.
18
19  Dated: _____August 18_____, 2010
20                                         _____
                                           Hon. Howard R. Lloyd
21                                         Magistrate Judge
22
...
28  Case No. 5:10-CV-01991-HRL                                              Page No. 2
    STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME FOR COMPLETION OF
    JOINT INSPECTION OF PREMISES