K. Randolph Moore, Esq. SBN 106933
Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Anthony Lerma

\*\* E-filed September 24, 2010 \*\*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KOHL'S DEPARTMENT STORES, et al.,<br><br>　　　　Defendants. | Case No.  5:10:CV-01991-HRL<br><br>**NOTICE OF DISMISSAL**<br><br>Assigned to U.S. Magistrate Judge<br>HOWARD R. LLOYD<br><br>Complaint Filed: 5/7/10<br>First Amended Complaint Filed: 5/12/10 |

　　Plaintiff Anthony Lerma, through his attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendant Shit-Fong Lo aka Lisa Lo, trustees under declaration of Trust dated April 18, 1986 and Lisa Lo, Property Management Company, hereby request that the above-captioned action against Lisa Lo only is dismissed with prejudice.

Date: September 21, 2010

　　　　　　　　　　　　　　　　　　　　/s/ Tanya Moore
　　　　　　　　　　　　　　　　　　　　Tanya Moore
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*Lerma v. Kohl's Department Stores, Inc., et al*
NOTICE OF DISMISSAL

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned action against Lisa Lo ONLY be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 24, 2010

_____
U.S. MAGISTRATE JUDGE HOWARD R. LLOYD

*Lerma v. Kohl's Department Stores, Inc., et al*

NOTICE OF DISMISSAL