K. Randolph Moore, Esq., SBN 106933
Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA 95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

** E-filed November 22, 2010 **

Attorneys for Plaintiff
Anthony Lerma

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LERMA,<br><br>            Plaintiff,<br><br>     v.<br><br>KOHL'S DEPARTMENT STORES, et al.;<br><br>            Defendants. | Case No. 5:10-CV-01991-HRL<br><br>**NOTICE OF DISMISSAL**<br><br>Assigned to U.S. Magistrate Judge<br>HOWARD R. LLOYD<br><br>Complaint Filed: May 7, 2010<br>First Amended Complaint Filed:<br>May 12, 2010 |

    Plaintiff Anthony Lerma, through his attorney, Tanya Moore, Moore Law Firm, P.C., San Jose, California, and Defendants DMH, Inc. ("DMH"), dba McDonald's, McDonald's Corporation, and Franchise Reality Interstate Corporation hereby request that the above-captioned action against DMH, McDonald's Corporation and Franchise Reality Interstate Corporation only be dismissed with prejudice.

DATED:  November 8, 2010          By:        /s/
                                        Tanya Moore
                                        Attorney for Plaintiff

1 | **ORDER**

2 | IT IS HEREBY ORDERED THAT the above-captioned action against Defendants DMH, Inc.

3 | ("DMH"), dba McDonald's, McDonald's Corporation, and Franchise Reality Interstate

4 | Corporation ONLY be dismissed with prejudice.

5 | **IT IS SO ORDERED**

6 | Dated: November 22, 2010

7 | U.S. MAGISTRATE JUDGE HOWARD R. LLOYD