Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Anthony Lerma

** E-filed April 8, 2011 **

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LERMA,<br><br>             Plaintiff,<br><br>     vs.<br><br>KOHL'S DEPARTMENT STORES INC., et al.,<br><br>             Defendants. | No.  5:10-CV-01991-HRL<br><br>**REQUEST FOR DISMISSAL OF McKEE ORIENTAL MARKET, INC. <u>ONLY</u>;** ~~**[PROPOSED]**~~ **ORDER** |

   WHEREAS, Plaintiff Anthony Lerma ("Plaintiff") and Defendant McKee Oriental Market, Inc. have settled this matter as between themselves;

   WHEREAS, no counterclaim has been filed in this action;

   Plaintiff hereby respectfully requests that Defendant McKee Oriental Market, Inc. <u>only</u> be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

 Date: March 31, 2011                    MOORE LAW FIRM, P.C.


                                         /s/Tanya E. Moore_____
                                         Tanya E. Moore
                                         Attorneys for Plaintiff

1  **ORDER**

2      Good cause appearing,

3      IT IS HEREBY ORDERED that <u>only</u> <u>McKee Oriental Market, Inc.</u> be dismissed with

4  prejudice from this action.

5      **IT IS SO ORDERED**.

9  Dated:___April 8, 2011___          _____
                                       United States District Court Judge
10                                     HOWARD R. LLOYD
11                                     United States Magistrate Judge

*Lerma v. Kohl's Department Stores, Inc., et al.*
Request for Dismissal; [Proposed] Order
                    Page 2