\*\* **E-filed May 29, 2012** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LERMA, | No. C10-01991 HRL |
| Plaintiff,<br>v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| KOHL'S DEPARTMENT STORES, INC.; ET AL., | |
| Defendants. | |

The court is informed that the parties have reached a settlement. Accordingly, all pending case management deadlines have been vacated.

All parties shall appear on **July 3, 2012 at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause why, if any, this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **June 26, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. However, if a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated: May 29, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 10-01991 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Kenneth Moore | natalyn@moorelawfirm.com |
| Tanya Moore | tanya@moorelawfirm.com |
| Leila Narvid | LN@paynefears.com |
| Rodney Sorenson | rbs@paynefears.com |

**Notice will be mailed to:**

Hieng Seav
dba Kim Tar Restaurant
2351 A McKee Road
San Jose, CA 95116

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**