**\*\* E-filed July 10, 2012\*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY LERMA,<br>      Plaintiff,<br>  v.<br>KOHL'S DEPARTMENT STORES, INC.;<br>ET AL.,<br>      Defendants. | No. C10-01991 HRL<br><br>**ORDER CONTINUING SHOW CAUSE HEARING** |

The parties in this action have informed the court that they have finalized the terms of their settlement and release agreement, and are only awaiting signature by Defendant's representative. They request that the court continue the show cause hearing to afford the parties time to complete execution of the settlement and file a stipulation for dismissal. See Dkt. No. 74. The court finds good cause to GRANT the continuance. The Show Cause hearing currently set for July 17, 2012 is continued to **July 31, 2012, 10:00 a.m**.

**IT IS SO ORDERED.**

Dated: July 10, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 10-01991 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Kenneth Moore | natalyn@moorelawfirm.com |
| Tanya Moore | tanya@moorelawfirm.com |
| Leila Narvid | LN@paynefears.com |
| Rodney Sorenson | rbs@paynefears.com |

**Notice will be mailed to:**

Hieng Seav
dba Kim Tar Restaurant
2351 A McKee Road
San Jose, CA 95116

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2